# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| EILEEN VEY,<br><br>Petitioner<br><br>v.<br><br>JOE TORSELLA, PENNSYLVANIA STATE TREASURER,<br><br>Respondent | : No. 47 WM 2019<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of November, 2019, the "King's Bench Matter," treated as an Application for Extraordinary Relief, is DENIED.